No. 85–5281.   GREIF ET AL. *v.* CITY OF BEDFORD, OHIO. C. A. 6th Cir.   Certiorari denied.

No. 85–5282.   WELCH *v.* OHIO.   Ct. App. Ohio, Cuyahoga County.   Certiorari denied.

No. 85–5289.   AGUILERA *v.* COOK COUNTY POLICE AND CORRECTIONS MERIT BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 85–5294.   MCAFEE *v.* MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 85–5296.   CODER *v.* GRINE ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–5297.   KOSYLA *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 85–5300.   WILSON *v.* BARNES ET AL.   C. A. 6th Cir. Certiorari denied.

No. 85–5303.   HOWARD *v.* RADIO CORPORATION OF AMERICA ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–5305.   FARRIS *v.* UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.   Certiorari denied.

No. 85–5315.   GARCIA *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 85–5324.   MASTERS *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 85–5340.   LOVELACE *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 85–5341.   ARBELAEZ *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 85–5342.   BEARD *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.